# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**UNITED STATES OF AMERICA**
    **Plaintiff,**

  **v.**                                                Case No. 11-CR-301

**WALTER STERN**
    **Defendant.**

## ORDER

On the government's unopposed request,

**IT IS ORDERED** that the **FINAL PRE-TRIAL** scheduled for February 21, 2014, is adjourned to **Wednesday, February 26, 2014, at 11:30 a.m**.

The parties are directed to notify the court, no later than noon on Friday, February 21, 2014, whether the case remains in a trial posture for March 3, 2014.

Dated at Milwaukee, Wisconsin, this 18th day of February, 2014.

                                                /s Lynn Adelman
                                                _____
                                                LYNN ADELMAN
                                                District Judge