# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**UNITED STATES OF AMERICA**
    **Plaintiff,**

  v.                                      **Case No. 11-CR-301**

**WALTER STERN**
    **Defendant.**

## ORDER

At today's final pre-trial, the court adjourned the trial from March 3, 2014, to April 21, 2014. The court finds that the ends of justice served by so continuing the case outweigh the best interests of the defendant and the public in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). Specifically, the court finds that it is necessary to so continue the case in order to permit the parties the reasonable time necessary to brief and litigate the legal issues that arose during the final pre-trial, including the admissibility of defendant's proposed expert testimony and defendant's challenge to certain evidence the government intends to introduce.

Dated at Milwaukee, Wisconsin, this 26th day of February, 2014.

                                        /s Lynn Adelman
                                        _____
                                        LYNN ADELMAN
                                        District Judge